Opinion filed January 26, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed January 26, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00271-CR 

                                                    __________

 

                                     EFREN
PIEDRA JR., Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                 On
Appeal from the Criminal District Court No. 5

 

                                                          Dallas
County, Texas

 

                                              Trial
Court Cause No. F-0453998-L



 

                                                                   O
P I N I O N

 

This is an appeal from a judgment adjudicating
guilt.  Efren Piedra Jr. originally
entered a plea of guilty to the offense of aggravated assault on a public
servant.  A plea bargain agreement was
not reached.  The trial court deferred
the adjudication of guilt,  placed
appellant on community supervision for ten years, and assessed a $500 fine.  At the hearing on the State=s motion to adjudicate, appellant
entered pleas of true to the allegations that he violated the terms and
conditions of his community supervision. 
The trial court found the allegations to be true, revoked appellant=s community supervision, adjudicated
his guilt, and sentenced appellant to confinement for twenty-five years.  We affirm.








Appellant=s
court-appointed counsel has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that he has concluded that the appeal is frivolous.  Counsel has provided appellant with a copy of
the brief and advised appellant of his right to review the record and file a
response to counsel=s
brief.  A response has not been
filed.  Court-appointed counsel has
complied with the requirements of Anders v. California, 386 U.S. 738
(1967); Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991); High
v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); Gainous v. State, 436 S.W.2d 137
(Tex. Crim. App. 1969); Eaden v. State, 161 S.W.3d 173 (Tex.App.CEastland 2005, no pet.).

Following the procedures outlined in Anders,
we have independently reviewed the record; and we agree that the appeal is
without merit.  We note that Tex. Code Crim. Proc. Ann. art. 42.12, ' 5(b) (Vernon Supp. 2005) precludes an
appeal challenging the trial court=s
determination to proceed with the adjudication of guilt.  Phynes v. State, 828 S.W.2d 1 (Tex.
Crim. App. 1992); Olowosuko v. State, 826 S.W.2d 940 (Tex. Crim. App.
1992).

The motion to withdraw is granted, and the
judgment is affirmed.

 

PER CURIAM

 

January 26, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of: Wright, C.J., and

McCall,
J., and Strange, J.